Rita R. DOZE, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 01–3262.

United States Court of Appeals,
Federal Circuit.

Aug. 14, 2001.

ON MOTION

SCHALL, Circuit Judge.

ORDER

Rita R. Doze moves for reconsideration of the court's July 5, 2001 order dismissing her petition for review for failure to pay the filing fee and failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Doze submits a copy of her receipt for a money order that she states she submitted to this court and a copy of a Fed. Cir. R. 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Doze's motion is granted. The mandate is recalled, the court's July 5 order is vacated, and the petition for review is reinstated.

(2) The arbitrator is directed to serve the certified list, as previously requested, no later than September 4, 2001.

Ronald L. GATLIN, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 01–3210.

United States Court of Appeals,
Federal Circuit.

Aug. 14, 2001.

ON MOTION

SCHALL, Circuit Judge.

ORDER

Upon consideration of the unopposed motion of the Merit Systems Protection Board for "a remand of the case to vacate its previous decision, excuse the petitioner's untimeliness, and adjudicate his appeal on the merits,"

IT IS ORDERED THAT:

The motion is granted.